**Order of August 7, 2018 Withdrawn; Appeal Reinstated and Order filed August 14, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00144-CR
_____

### JONATHAN STEVEN GUEVARA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause No. 1490487**

## ORDER

On August 7, 2018, this court issued an order abating the appeal and directing the trial court to conduct a hearing to determine why appellant had not filed a brief.

Appellant filed a motion to reinstate the appeal because counsel had not received the court's notices that the brief was overdue.

The motion is granted. Our order of August 7, 2018, is withdrawn. The appeal is reinstated. Appellant's brief is due September 30, 2018. No further extensions will be entertained absent exceptional circumstances.

PER CURIAM